IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

BRIAN P. STREET,

    Plaintiff,

vs.                                                           CASE NO. 5:09CV407-RS/AK

ROBERT SIMON, et al,

    Defendants.

_____/

## O R D E R

Plaintiff has moved for additional time to process his initial partial filing fee. (Doc. 5). The motion is **GRANTED**, and he shall have through **February 12, 2010**, to pay the fee assessed by previous order.

**DONE AND ORDERED** this **26th** day of January, 2010.

                                            s/ A. KORNBLUM
                                            ALLAN KORNBLUM
                                            UNITED STATES MAGISTRATE JUDGE